PAUL R. IRISH, SBN 61592
Attorney at Law
2001 "S" Street
Sacramento, California  95811
Telephone:  (916) 454-0966

Attorney for Defendant
ALEJANDRO MUNOZ GALVAN

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>ALEJANDRO MUNOZ GALVAN,<br><br>              Defendant. | Case No. 2:12-CR-0115-TLN-1<br><br>STIPULATION AND ORDER TO VACATE JURY TRIAL DATE AND SET STATUS CONFERENCE<br><br>Date:   October 29, 2015<br>Time:  9:30 a.m.<br>Judge: Troy L. Nunley<br>Dept:   2<br>Trial:   December 1, 2015 |
|---|---|

  IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jill Thomas, Assistant U.S. Attorney, attorney for plaintiff  and Paul R. Irish, attorney for defendant, Alejandro Munoz Galvan, that the current jury trial date of December 1, 2015, be vacated and the matter scheduled for further status conference for January 21, 2016 at 9:30 a.m.

  The request to vacate the currently set jury trial date and reset the matter for status conference only is made for the following reasons:

(1) Defense counsel is not currently ready to proceed to jury trial as additional time is needed to complete review of the extensive discovery in this matter and, based thereon, be prepared to proceed to conduct of jury trial herein.

(2) Defense counsel is not ready to proceed to jury trial in that additional time is needed to complete ongoing investigation in this matter.

(3) Defense counsel anticipates being unavailable on the currently scheduled jury trial date as defense counsel anticipates being involved in jury trial in Sacramento County Case No. 13F06549, *People v. Jeremy Daniel McMahon & Michelle Kiyomi Okumura*, alleged violation of P.C. §187(a), murder; a violation of P.C. §206, torture; and a violation of P.C. §236, false imprisonment. Additionally, a Special Circumstance alleges that the murder was intentional and involved the infliction of torture, within the meaning of P.C. §190.2(a)(18).

(4) Further, additional time is needed to conduct further negotiations for potential resolution of this case.

The Government and defendant agree that an exclusion of time is appropriate under 18 U.S.C. §3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare). This exclusion of time includes the period from October 29, 2015, up to and including January 21, 2016.

The Government and defendant further agree that there is a sufficient factual basis for such an exclusion, and that the interest of justice served by granting the requested vacating of the current jury trial date and resetting the matter for status conference outweigh the best interests of the public and the defendant in a speedy trial.

These requests are made jointly by the Government and defense. Assistant U.S. Attorney Jill Thomas agrees to this request and has authorized defendant's attorney, Paul R. Irish to sign this Stipulation on her behalf.

IT IS SO STIPULATED.

DATED:      10/21/2015             /s/ Paul R. Irish
                                   PAUL R. IRISH, Attorney for Defendant
                                   ALEJANDRO MUNOZ GALVAN


DATED:      10/21/2015             /s/ Paul R. Irish for
                                   JILL THOMAS
                                   Assistant U.S. Attorney


## ORDER

Having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, the Court orders that the jury trial date currently set for December 1, 2015, be vacated, and the matter rescheduled for status conference on January 21, 2016 at 9:30 a.m. in Department 2.

Based on the stipulations and representations of the parties, the Court finds that a sufficient factual basis exists to exclude time, and that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under §3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare), from October 29, 2015, up to and including January 21, 2016.

IT IS SO ORDERED.

DATED: October 21, 2015
                                   _____
                                   Troy L. Nunley
                                   United States District Judge