PAUL R. IRISH, SBN 61592
Attorney at Law
2001 "S" Street
Sacramento, California  95811
Telephone:  (916) 454-0966

Attorney for Defendant
ALEJANDRO MUNOZ GALVAN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA, | Case No. 2:12-CR-0115-TLN-1 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | Date:  January 21, 2016 |
| ALEJANDRO MUNOZ GALVAN, | Time:  9:30 a.m. |
| Defendant. | Judge: Troy L. Nunley |
|  | Dept:  2 |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jill Thomas, Assistant U.S. Attorney, attorney for plaintiff and Paul R. Irish, attorney for defendant, Alejandro Munoz Galvan, that the current status conference hearing date of January 21, 2016, be vacated and the matter rescheduled for April 7, 2016 at 9:30 a.m.

The request to continue the status conference is made for the following reasons:

(1) Additional time is needed to complete ongoing investigation in this matter;

(2) Additional time is needed to complete review of extensive discovery in this matter and, based thereon, be prepared to proceed to conduct of jury trial herein, should the matter proceed to jury trial; and

(3) Additional time is needed to conduct further negotiations for potential resolution of this case.

The Government and defendant agree that an exclusion of time is appropriate under 18 U.S.C. §3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare). This exclusion of time includes the period from January 21, 2016, up to and including April 7, 2016.

Assistant U.S. Attorney Jill Thomas agrees to this request and has authorized defendant's attorney, Paul R. Irish, to sign this Stipulation on her behalf.

IT IS SO STIPULATED.


DATED:       1/14/2016                   /s/ Paul R. Irish
                                         PAUL R. IRISH, Attorney for Defendant
                                         ALEJANDRO MUNOZ GALVAN


DATED:       1/14/2016                   /s/ Paul R. Irish for
                                         JILL THOMAS
                                         Assistant U.S. Attorney


## ORDER

Having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, the Court orders that the status conference currently set for January 21, 2016, shall be rescheduled to April 7, 2016 at 9:30 a.m. in Courtroom 2.

Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under §3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare), from January 21, 2016, up to and including April 7, 2016.

IT IS SO ORDERED.


DATED: January 14, 2016
                                         _____
                                         Troy L. Nunley
                                         United States District Judge