PAUL R. IRISH, SBN 61592
Attorney at Law
2001 "S" Street
Sacramento, California   95811
Telephone:   (916) 454-0966

Attorney for Defendant
ALEJANDRO MUNOZ GALVAN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA, | Case No. 2:12-CR-0115-TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| ALEJANDRO MUNOZ GALVAN, | Date:           April 7, 2016<br>Time:          9:30 a.m.<br>Judge:        Honorable Troy L. Nunley<br>Courtroom: 2 |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Jill Thomas, Assistant U.S. Attorney, attorney for plaintiff   and Paul R. Irish, attorney for defendant, Alejandro Munoz Galvan, that the current status conference hearing date of April 7, 2016, be vacated and the matter rescheduled for May 26, 2016 at 9:30 a.m.

The request to continue the status conference is made for the following reasons:

(1)     Additional time is needed to complete ongoing investigation in this matter;(2)

Additional time is needed to complete review of extensive discovery in this matter and, based thereon, be prepared to proceed to conduct of jury trial herein, should the matter proceed to jury trial; and

(3)     Additional time is needed to conduct further negotiations and for preparation and review of a Plea Agreement regarding resolution of this case.

STIPULATION AND ORDER

The Government and defendant agree that an exclusion of time is appropriate under 18 U.S.C. §3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare).  This exclusion of time includes the period from April 7, 2016, up to and including May 26, 2016.

Assistant U.S. Attorney Jill Thomas agrees to this request and has authorized defendant's attorney, Paul R. Irish, to sign this Stipulation on her behalf.

IT IS SO STIPULATED.

DATED:        4/4/2016                                /s/ Paul R. Irish
                                                  PAUL R. IRISH, Attorney for Defendant
                                                  ALEJANDRO MUNOZ GALVAN

DATED:        4/4/2016                                /s/ Paul R. Irish for
                                                  JILL THOMAS
                                                  Assistant U.S. Attorney

### ORDER

Having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, the Court orders that the status conference currently set for April 7, 2016, shall be rescheduled to May 26, 2016 at 9:30 a.m. in Department 2.

Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded under §3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare), from April 7, 2016, up to and including May 26, 2016.

IT IS SO ORDERED.

DATED: April 5, 2016

                                                  Troy L. Nunley
                                                  United States District Judge