PHILLIP A. TALBERT
Acting United States Attorney
RICHARD J. BENDER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-115 TLN |
| Plaintiff, | STIPULATION SETTING MOTIONS SCHEDULE AND CONTINUING STATUS CONFERENCE; ORDER |
| v. | |
| ALEJANDRO MUNOZ GALVAN, | |
| Defendant. | |

It is hereby stipulated between the parties that the status conference in the above case presently scheduled for May 26, 2016, be continued to June 16, 2016 at 9:30 a.m., for the purpose of scheduling a trial date in the above matter and that, in the meantime, the following motions schedule be set:

All dispositive and non-dispositive motions[1] due:   July 21, 2016

Response to the motions:   August 18, 2016

Optional Replies:   August 25, 2016,

Hearing on the motions (non-evidentiary):   September 8, 2016.

The parties also agree that both counsel are relatively new to the case and need the additional time to review the large volume of discovery (over 1,200 pages of written material plus multiple CDs containing

---

[1] This includes any motions under Rule 12, F.R.Crim.P., i.e., motions to suppress evidence, discovery motions, or any other motion that can be determined without a trial on the merits. It does not apply to motions *in limine* concerning specific trial evidence, which motions are generally filed shortly before trial. However, all motions which seek suppression of evidence based on the Fourth and/or Fifth Amendments are not considered *in limine* motions and must meet the above schedule.

wiretap and other electronic evidence) such that the time between May 24, 2016, and July 21, 2016 should be excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(iv)(ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial) and that the period from July 21, 2016, to September 8, 2016 should be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D)(delay resulting from pretrial motions starting from the date any motions are filed through the conclusion of the hearing or other prompt disposition of the motions).

Dated:  May 24, 2016                                    PHILLIP A. TALBERT
                                                        Acting United States Attorney

                                                By:     /s/ RICHARD J. BENDER
                                                        RICHARD J. BENDER
                                                        Assistant United States Attorney

Dated:  May 24, 2016                                    /s/ PAUL IRISH (by RJB)
                                                        PAUL IRISH
                                                        Attorney for Alejandro Munoz Galvan

It is SO ORDERED this 25th day of May, 2016.

                                                        _____
                                                        Troy L. Nunley
                                                        United States District Judge