PHILLIP A. TALBERT
Acting United States Attorney
RICHARD J. BENDER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-115 TLN |
| Plaintiff, | STIPULATION CONTINUING STATUS CONFERENCE; ORDER |
| v. | |
| ALEJANDRO MUNOZ GALVAN, | |
| Defendant. | |

It is hereby stipulated between the parties that the status conference in the above case presently scheduled for June 16, 2016, be continued to June 30, 2016 at 9:30 a.m., for the purpose of scheduling a trial date in the above matter.  Defense counsel has recently received a revised proposed plea agreement from the government and needs time to review it with his client taking into consideration defense counsel's schedule. Time has already been excluded under the Speedy Trial Act until July 21, 2016 by prior written order.

Dated: June 14, 2016
PHILLIP A. TALBERT
Acting United States Attorney

By:  /s/ RICHARD J. BENDER
RICHARD J. BENDER
Assistant United States Attorney

//

//

STIPULATION CONTINUING STATUS CONFERENCE            1

[Stipulation/Order Continuing Status Conference, page two]


Dated:  June 14, 2016                             /s/ PAUL IRISH (by RJB)
                                                  PAUL IRISH
                                       Attorney for Alejandro Munoz Galvan


It is SO ORDERED this 14th day of June, 2016.


                                       _____
                                       Troy L. Nunley
                                       United States District Judge