PAUL R. IRISH, SBN 61592
Attorney at Law
2001 "S" Street
Sacramento, California   95811
Telephone:   (916) 454-0966

Attorney for Defendant
ALEJANDRO MUNOZ GALVAN

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA,  Plaintiff,  vs.  ALEJANDRO MUNOZ GALVAN,  Defendant. | Case No. 2:12-CR-0115-TLN-1  STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE  Date:            June 30, 2016  Time:           9:30 a.m.  Judge:          Honorable Troy L. Nunley  Courtroom:   2 |
|---|---|

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Richard J. Bender, Assistant U.S. Attorney, attorney for plaintiff and Paul R. Irish, attorney for defendant, Alejandro Munoz Galvan, that the current status conference hearing date of June 30, 2016, be vacated and the matter rescheduled for August 4, 2016 at 9:30 a.m.

The request to continue the status conference is made for the following reasons:

(1)     Additional time is needed to complete ongoing investigation in this matter;

(2)     Additional time is needed to complete review of extensive discovery in this matter and, based thereon, be prepared to proceed to conduct of jury trial herein, should the matter proceed to jury trial; and

(3)     Additional time is needed to conduct further negotiations and for preparation and review of a Plea Agreement regarding resolution of this case.

The Government and defendant agree that an exclusion of time is appropriate under 18 U.S.C. §3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare).  This exclusion of time includes the period from June 30, 2016, up to and including August 4, 2016.

Assistant U.S. Attorney Richard Bender agrees to this request and has authorized defendant's attorney, Paul R. Irish, to sign this Stipulation on his behalf.

IT IS SO STIPULATED.

DATED:         6/28/2016                         /s/ Paul R. Irish
                                                 PAUL R. IRISH, Attorney for Defendant
                                                 ALEJANDRO MUNOZ GALVAN


DATED:         6/28/2016                         /s/ Paul R. Irish for
                                                 RICHARD J. BENDER
                                                 Assistant U.S. Attorney


**ORDER**

Having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, the Court orders that the status conference currently set for June 30, 2016, shall be rescheduled to August 4, 2016 at 9:30 a.m. in Courtroom 2.

Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, time under the Speedy Trial Act shall be excluded under §3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare), from June 30, 2016, up to and including August 4, 2016.

IT IS SO ORDERED.

DATED: June 28, 2016
                                                 Troy L. Nunley
                                                 United States District Judge