PHILLIP A. TALBERT
Acting United States Attorney
RICHARD J. BENDER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-115 TLN |
|---|---|
| Plaintiff, | STIPULATION RESETTING MOTIONS SCHEDULE; ORDER |
| v. | |
| ALEJANDRO MUNOZ GALVAN, | |
| Defendant. | |

It is hereby stipulated between the parties that the motions schedule previously set in this case be continued as follows:

| Event | Old Date | New Date |
|---|---|---|
| All dispositive and non-dispositive motions[1] due | July 21, 2016 | August 26, 2016 |
| Government's Response | August 18, 2016 | September 30, 2016 |
| Defendant's Reply | August 25, 2016 | October 14, 2016 |
| Hearing on motions (non-evidentiary) | September 8, 2016 | October 27, 2016 |

The reason for the request is that defense counsel just completed a lengthy trial in state court, will be on vacation next week, and needs the time going forward to discuss an outstanding plea offer with his client

---

[1] This includes any motions under Rule 12, F.R.Crim.P., i.e., motions to suppress evidence, discovery motions, or any other motion that can be determined without a trial on the merits. It does not apply to motions *in limine* concerning specific trial evidence, which motions are generally filed shortly before trial. However, all motions which seek suppression of evidence based on the Fourth and/or Fifth Amendments are not considered *in limine* motions and must meet the above schedule.

1  and to consider and draft (if necessary) any motions if the parties are unable to reach a resolution of the
2  case.
3        The parties also agree that the time between the date of this Order and August 26, 2016 should
4  be excluded from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(iv)
5  (ends of justice served by taking such action outweigh the best interest of the public and the defendant in
6  a speedy trial) and that the period from August 26, 2016, to October 27, 2016 should be excluded
7  pursuant to 18 U.S.C. § 3161(h)(1)(D)(delay resulting from pretrial motions starting from the date any
8  motions are filed through the conclusion of the hearing or other prompt disposition of the motions).

9  Dated:  July 15, 2016                                     PHILLIP A. TALBERT
                                                            Acting United States Attorney

11                                       By: /s/ RICHARD J. BENDER
12                                             RICHARD J. BENDER
                                            Assistant United States Attorney

14 Dated:  July 15, 2016                                /s/ PAUL IRISH (by RJB)
                                                    PAUL IRISH
15                                             Attorney for Alejandro Munoz Galvan

17 It is SO ORDERED
18 Dated: July 19, 2016

                                            Troy L. Nunley
                                            United States District Judge