1  PHILLIP A. TALBERT
   Acting United States Attorney
2  RICHARD J. BENDER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-115 TLN |
|---|---|
| Plaintiff, | STIPULATION CONTINUING STATUS CONFERENCE; ORDER |
| v. | |
| ALEJANDRO MUNOZ GALVAN, | |
| Defendant. | |

It is hereby stipulated between the parties that the status conference in the above case presently scheduled for August 4, 2016, be continued to August 18, 2016 at 9:30 a.m., for the purpose of change of plea or scheduling a trial date in the above matter. Government counsel is unavailable due to a recently scheduled vacation for the week including August 4th. Time has already been excluded under the Speedy Trial Act based on the previously ordered motion schedule in this case.

Dated: July 28, 2016

PHILLIP A. TALBERT
Acting United States Attorney

By:  /s/ RICHARD J. BENDER
     RICHARD J. BENDER
     Assistant United States Attorney

//

//

//

1  [Stipulation/Order Continuing Status Conference, page two]

3  Dated:  July 28, 2016              /s/ PAUL IRISH (by RJB)
                                          PAUL IRISH
4                                   Attorney for Alejandro Munoz Galvan

6  It is SO ORDERED.

7  This 28th day of July, 2016

                                    _____
                                    Troy L. Nunley
                                    United States District Judge