UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO MUNOZ GALVAN,<br><br>Defendant. | No. 2:12-cr-00115-TLN<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR RETURN OF PROPERTY** |

This matter is before the Court on Defendant Alejandro Munoz Galvan's ("Defendant") Motion for Return of Property. (ECF No. 172.) Defendant moves for the return of several items the Defendant alleges the government seized from him at the time of his arrest. (ECF No. 172 at 1.) The government argues Defendant filed a notice of appeal [No. 16-10513][1], and "[u]ntil the appeal is adjudicated, the possibility exists that the case might have to go to trial and the seized evidence cannot be returned." (ECF No. 175 at 1.) The government disputes some items on Defendant's list but adds the F.B.I. may return property with no evidentiary value. (ECF No. 175 at 1 & n.4.) The Court DENIES Defendant's Motion for Return of Property (ECF No. 172).

IT IS SO ORDERED.

Dated: November 27, 2017

Troy L. Nunley
United States District Judge

---

[1] "[U]nder Federal Rule of Evidence 201, a court may take judicial notice of 'matters of public record.'" *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001).

1