1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,              No.  2:12-cr-00115-TLN

12                Plaintiff,

13         v.                                **ORDER SEALING DOCUMENTS**

14    ALEJANDRO GALVAN,

15                Defendant.

16

17

18         Pursuant to Local Rule 141(b) and based upon the representations contained in the

19    Government's Request to Seal, IT IS HEREBY ORDERED that Exhibit 3 to Government's

20    Opposition to Defendant's Motion for Compassionate Release Pursuant to U.S.C. §

21    3582(c)(1)(A), pertaining to defendant Alejandro Galvan, and the Government's Request to Seal

22    shall be SEALED until further order of this Court.

23         IT IS FURTHER ORDERED that electronic access to the sealed documents shall be

24    limited to the United States and counsel for the defendant, Galvan.

25         The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S.*

26    *District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for

27    the reasons stated in the government's request, sealing the Government's request and Exhibit 3

28

1   serves a compelling interest.  The Court further finds that, in the absence of closure, the

2   compelling interests identified by the government would be harmed.  In light of the public filing

3   of its notice of request to seal, the Court further finds that there are no additional alternatives to

4   sealing the government's motion that would adequately protect the compelling interests identified

5   by the government.

6         IT IS SO ORDERED.

7   DATED:  May 19, 2020

8

9

10                                          Troy L. Nunley
                                           United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28